# STEVEN P. BERNE
**ATTORNEY AT LAW**

**1441 DUNWOODY VILLAGE PARKWAY
SUITE 100
ATLANTA, GEORGIA 30338**

TEL (404) 881-5335　　　　　　　　　　　　　　　　　WWW.BERNELAW.COM
FAX (678) 381-1053　　　　　　　　　　　　　　　　　ATLANTALAW@ATT.NET


March 13, 2024


　　　Pursuant to LCrR 57.1E(4), NDGa, I request that the Court not schedule any court appearances on:

**MAY 10, 2024 – MAY 13, 2024; and
MAY 27, 2024 – JUNE 7, 2024.**


　　　Thank you for your consideration in this matter.

Yours very truly,

s/*Steven Berne*

SPB/cp