# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:23-cr-00047-MHC-JEM
## USA v. Kneubuhler
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 04/09/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 1:34 P.M. | COURT REPORTER: Judith Wolff |
| TIME COURT CONCLUDED: 4:07 P.M. | CSO/DUSM: CSO 1 |
| TIME IN COURT: 2:33 | USPO: Hattie Wilson |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Lisa Enix |

| | |
|---|---|
| DEFENDANT(S): | [1]Kristopher Kneubuhler Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Berne representing Kristopher Kneubuhler<br>Theodore Hertzberg representing USA<br>Lawrence Zimmerman representing Kristopher Kneubuhler |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Agreed Restitution Order |
| MINUTE TEXT: | Government had no objection to the PSR. Defendant objects to paragraph #29. Court has Overruled the objection. PSR was adopted by the Court to which no objections had been raised. Court set forth sentencing guideline calculations. No objections to the guidelines as stated. Parties presented argument and recommendation regarding a reasonable sentence. Government's exhibits #1, 2, 3, 4, 5, 6, 7, 8, 9, Admitted. The Government orally moved to seal these exhibits. The Court Granted this motion and Governments exhibits 1-9 are SEALED. Court advised defendant of his right of allocution. Defendant made a statement on his behalf. Sentence pronounced. See J&C for details. 3553 factors stated by Court. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |