IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| v. | 1:23-CR-047-MHC-JEM |
| KRISTOPHER KNEUBUHLER | |

## AGREED RESTITUTION ORDER

This matter is before the Court on the requests for restitution for victims of Defendant's offense of conviction.

The United States and Defendant agree that 18 U.S.C. § 2259 requires the Court to impose restitution for the offense of conviction, namely, possession of visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4). The parties further agree that, under 18 U.S.C. § 3663(a)(3), "the [C]ourt may also order restitution in any case to the extent agreed to by the parties in the plea agreement."

In the present case, Defendant agreed in the plea agreement to make full restitution to the victims of the offense and relevant conduct.

There is no dispute that Defendant possessed visual depictions of identified minors engaged in sexually explicit conduct. Additionally, there is no dispute that the identified minors constitute victims of the offense of conviction or relevant conduct.

IT IS THEREFORE AGREED BY THE PARTIES, that Defendant is responsible for harm or losses suffered by the victims. Accordingly, Defendant agrees to pay restitution to each of the victims in amounts that comport with Defendant's relative role in causing the total harm or losses suffered by the victims but not less than $3,000 in restitution per victim.

Upon the application of the United States, the presentence report, Defendant's conviction, the agreement of the parties, and all other proceedings in this case, it is hereby ORDERED as follows:

1. **Amount of Restitution**

Defendant shall pay restitution in the aggregate amount of $20,500.00 to the identified victims. The names, addresses, and specific amounts owed to each victim are set forth in the Confidential Schedule of Victims to be provided by the Government at a separate date and under separate cover. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payment to the new address without further order of this Court.

2. **Schedule of Payments**

Notwithstanding any other provision of this Agreed Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and

unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time. Interest shall accrue as provided in 18 U.S.C. § 3612(f).

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and assets of Defendant and the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The payment schedule below shall not preclude enforcement of the restitution judgment by the United States Attorney pursuant to 18 U.S.C. §§ 3613 and 3664(m).

During any period of incarceration in a prison in the United States, payment of criminal monetary penalties remains due. The Court encourages Defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet Defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11. Defendant shall pay, at a minimum, the greater of $25 or 50% of the deposits in his inmate trust account per quarter.

Any portion of the criminal monetary debt that remains unpaid at the time of Defendant's release from imprisonment shall be paid to the Clerk at the monthly rate of at least $250 per month or 25 percent of gross monthly income in excess of $2,500, beginning 30 days after release from imprisonment. This payment schedule is subject to be changed, if needed, based on Defendant's changed circumstances, pursuant to 18 U.S.C. § 3572(d)(3).

Defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed herein.

### 3. Payment Instructions

All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court. Defendant shall make restitution payments by certified check, bank check, money order, or cash. Checks and money orders shall be made payable to "Clerk, U.S. District Court" and mailed or hand-delivered to:

Northern District of Georgia
2211 U.S. Courthouse
75 Ted Turner Drive, SW.
Atlanta, GA 30303

Defendant shall include his name and the docket number of this case on each payment instrument. Any cash payment must be hand-delivered to the Clerk's Office using exact change and shall not be mailed.

### 4. Additional Provisions

Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, Defendant shall notify the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, Financial Litigation Program, 75 Ted Turner Drive, Suite 600, Atlanta, Georgia 30303.

5. **Confidential Schedule of Victims**

Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims shall remain confidential, except that copies may be retained and used by the Government, the Clerk's Office, and the United States Probation Office, as needed to enforce this Agreed Restitution Order, without further order of this Court.

IT IS SO ORDERED THIS _9th_ DAY OF APRIL 2024.

_____
MARK H. COHEN
UNITED STATES DISTRICT JUDGE

Order submitted by:

_____
Theodore S. Hertzberg
Assistant United States Attorney

SEEN AND AGREED TO BY:

_____
Kristopher Kneubuhler

_____
Lawrence J. Zimmerman
Counsel for Defendant Kristopher Kneubuhler

**Schedule A -- Confidential Schedule of Victims**
**(under seal)**

| Victim Alias | Series | Address | Amount |
|---|---|---|---|
| Jen | JBN Flowers 1 | Restore the Child in Trust for Jen<br>Restore the Child, PLLC<br>2522 N Proctor Street, Suite 85<br>Tacoma, WA 98406 | $4,000 |
| Ivy | JBN Flowers 2 | Restore the Child in Trust for Ivy<br>Restore the Child, PLLC<br>2522 N Proctor Street, Suite 85<br>Tacoma, WA 98406 | $4,000 |
| Patty | Linda & Patty 1 | Jones Day in trust for Patty<br>Jones Day<br>Attn: Kelly Locher<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514 | $4,000 |
| Lily | Vicky | Carol L. Hepburn I/T/F Lily<br>P.O. Box 17718<br>Seattle, WA 98127 | $8,500 |